**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: June 28, 2022

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

        Re: Case No. 21-3840, *Mark Charlton-Perkins v. UC, et al*
            Originating Case No.: 1:20-cv-00179

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                      Sincerely,

                                      s/Antoinette Macon
                                      Case Manager
                                      Direct Dial No. 513-564-7015

cc: Mr. Brian Joseph Butler
     Mr. Brian G. Dershaw
     Mr. Marc D. Mezibov
     Mr. Evan T. Priestle

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-3840

_____

Filed: June 28, 2022

MARK CHARLTON-PERKINS

    Plaintiff - Appellant

v.

UNIVERSITY OF CINCINNATI; KENNETH PETREN, In his official and individual Capacities; GEORGE UETZ, In his official and individual Capacities

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 06/03/2022 the mandate for this case hereby issues today.

 COSTS:  None