# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MARK CHARLTON-PERKINS, | : | Case No. 1:20-cv-179 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| UNIVERSITY OF CINCINNATI, *et al.*, | : | |
| Defendants. | : | |

## AMENDED CALENDAR ORDER

The Court enters the following Amended Calendar Order:

| | |
|---|---|
| Discovery deadline:[1] | **August 28, 2023** |
| Dispositive motion deadline:[2] | **October 12, 2023** |
| Final Pretrial Conference:[3] | **February 12, 2024 at 11:00 a.m.** |
| Jury Trial: | **February 26, 2024 at 9:00 a.m.** |

**IT IS SO ORDERED.**

Date:  5/15/2023

*s/Timothy S. Black*
Timothy S. Black
United States District Judge

---

[1] Pursuant to a joint agreement, the parties agree to return any inadvertently produced privileged or work product material. The parties shall follow their agreed-upon return provisions as set forth in the Rule 26(f) Report. (See Doc. 20 at 4).

[2] See Standing Order Governing Civil Motions for Summary Judgment: https://www.ohsd.uscourts.gov/judge-timothy-s-black-standing-orders

[3] To be held in Cincinnati Chambers, Room 815.